_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

JUL 03 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____    DEPUTY _____

7-1-25

How are you Feeling Judge Russell My Name is Adrian McFadden ID#332651 I have a violation of Probation Pending Infront of you. I'm writing you Because I Need help, First I want to say that I am in No way making excuses for my actions or behavior I take Full responsibility For how my life has turned out. But I have been battling Anxiety since I was a kid and it took a turn for the worse in 2019 to the Point it completely took over and consumed my life, And while I can sit here Now and write and tell you that it was and is Anxiety and a Panic Disorder im Just recently Learning and accepting that Fact. I have lived the last seven years of my life believing that im going to Die any moment. Every since the First time that I had a Panic attack it hasn't stopped

and at the time that they were happening I did not associate it with anxiety or any thing dealing with mental health, I believed and thought I was Dying, the attacks would come two and three times a day And on my worst days they would come Four and Five times with No Provocation my heart would just start beating so Fast, I wouldnt be able to breathe, I would feel sharp pains in my chest my fingers would go numb then my brain would tell me im about to die and I would lose all control asking and Demanding for help. And the symptoms only got worse It has literally took over my life, Before the attacks I use to love sports and worked out Daily but as they became more frequent I became more convinced that something was wrong with me and I had some kind of heart Problem I would lay up all night in my cell scared to go to sleep in fear

that I wouldn't wake up. All this is taking place while im doing the 96 month sentence so all I can do is go to Medical and let them know whats going on, I went to Medical two and three times a day believing that I had a heart Problem, when anxiety was brought up I didn't even entertain that that could be the cause because I was actually feeling the things I was complaining about and I thought anxiety ment it was all in my head. The attacks and episodes was accuring so much that the Doctors scheduled me for several test, I was hooked to a halter Monitor for two weeks, I was Put to sleep so they could stick a camera down my throat and view my heart, I had a bubble study done to track the blood flow to my heart, But all they could tell me is I have irregular heart beats. And the more they didn't know what

Was wrong with me the worser I became mentally, Then I had this Dream where I Died in Jail and kept having it over and over until I got to the Point where the thought Never left me, And it still hasn't to this day its my biggest Fear. Even with me admitting that I know I have anxiety and a Panic Disorder It does nothing to stop the thoughts or Pain. I am still scared to death that there is something wrong with me and the Doctors not taking it serious enough to Figure it out, Some nights are better then others but I still lay awake at night scared to close my eyes. When I was released From Federal Prison I came home Mentally worst then I was when I went in, Every day dealing with a Condition that I didnt understand and didnt know that I had it. It got to the Point where I started using Opiates

and crack cocain to numb the feeling. It's like when I was sober I was constantly worrying and in Fear but when I was high I could deal with it because I became numb. If you asked me at that time did I have a Drug Problem I would say No because I only used the Drugs to Mask what I really was going through, I know Better now you cant Fix a problem with an even bigger One For short time satisfaction. In that regard I owe you, my Probation officer and the goverment an apibgy For leaving the court house and remaing my ankle monitor that morning, I Just remember my attorney saying I was going to be detained I was going back to Jail and the First thaght in my mind was this it ima Die in there. I cant explain the level of Fear and Panick I felt when I was told I was going back to Jail and without thinking

I Just ran, I Know as a man excuses is unacceptable im just trying to explain as best I can what I have been living with Daily and why I made some of the choices I made. It has been hard Judge Russell Fighting this on my own since 2019, How could I win when I didnt even understand it. Since the Age of sixteen every thing that I have done wrong I was Punished and sent to Jail For it, im Only asking For some help this time instead of punishing me! I believe if I was given the Proper help and diagnoses my supervised release would have been different and with the Proper help and medications I can Do just as good as anybody. Im willing to do whatever it takes to Fix my self and be healthy. I Have a even bigger Motivation then my self — My sons. I have a sixteen year old and a Fifteen year old I missed so much of there life I cant miss NO more, they Good Kids but my oldest is getting in Minor trouble I have to be there

To make sure he dont turn out like me and make the same mistakes. I cry'd the other night thinking of my sons because I look at the news and see every thing thats going on with the kids today and I refuse to let my son go down that Path all it takes is one bad choice. Please don't make me miss No more of my sons life I know you have every right to but I am begging you, They need me the most right Now. I am Not a Bad Person Judge Russell I Just let this condition get the Best of Me. Thank you For taking your time to read this I Appreciate it more then you know.

I Have been studying and Learning everything I can on anxiety and Panic Disorder every since I ~~talked~~ to the psych Doctor hired to come see me, he is really the only Doctor who set down and helped me understand what I was dealing with. I know that its a Process and even though my environment here not helping I

Found the strength to start back working out. My uncle is a Personal Trainer at golds Gym and I have plans to go work with him when this is over with. Its hard to kind of make plans because the anxiety will kick in and will have you thinking about all the negative what if's I'm working on it though one day at a time. One good thing I do see from my situation is I found something that I'm passionate about. Anxiety has effected my life so much if its other people out there who going through what I am and have been for the last seven years I want them to know I understand. I learned the hard way that its hard dealing with Mental health by your self so im going to learn all that I can about it and go around talking to as many kids as I can thats suffering just as I was and still am.