1s-cr-622-GLR

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY
JUN  5 2026

____ FILED    ____ ENTERED
____ LOGGED  SES RECEIVED

6/2/26

Judge Russell, How are you Feeling Sir? I know seeing my Name across your desk does not have me in your Favor right now, the same goes For my Probation officer Ms. Galloway but as I wrote her as well and explained (I Promise I Did not asault Ms. Brittany Thomas Nor am I Responsible For Insuring her in any Kind of way.) When I Found out I had this warrant which was when I was sitting in the back of the officers Police truck, You were the First Person I thought about, the First Face that I saw in my head. I sat replaying Every word I remembered you saying the day that you let me home. But the reason of you being the First thought is not what you said alone - but How what you said made me Feel.

'Ya made me feel like you honestly cared that I became a better man and more importantly a better father, And in my 33 years of living I can count on one hand how many Men I had to show me or make me feel that they cared about me, my life, and my kids especially with No benefit! to them. 'You did that for me and it means a lot more than you know!

I would be a half of a Man If I sat here and told you I have been Perfect since you allowed me to come home, I Have Not. I made a few mistakes, Got a few bumps and bruises. Mainly Mental's to my Pride, But I have not went back to braking the law. It's been times where I didn't even have a dollar in my Pocket to feed myself and I still chose not to steal or sell illegal drugs when it was so easy for me to make the choice to do so.

I'm Not telling you this because I think I deserve anything For it, (ya don't get rewarded For being a Man and making the right decision) thats what I'm suppose to do. I said all that I did to say this; Your Honor, I Did Not lay a finger on Ms. Thomas. She reached out to my Mother and said " she sorry that im locked up For something that didn't happen, I got caught in the middle of a Family dispute with her, her daughter, & the step Grand Father, and the known Fact that he does not like me. He told his grand daughter who is 14 years old what to say to the Police because he can, It's this easy to lie and get a man's Freedom Put on hold. He coerced his 14 year old grand daughter into lying on me because of his dislike for me and to protect there Family dispute I dont know all the details for me to even try to explain what happened

---

**"The Battle" No one See's**

• It's the Battle that Nobody else can see, That I won. Thats what I have been Fighting this whole time. It was Beating Me to the Ground Your Honor, It had You, My Mom, 3 My Kids ready to give up on me, It had me ready to give up on My self. But I Did It I won!

---

IN and out of Jail and on Probation since 15yrs old I will be 34 July 1st ~~if~~ ~~somebody~~ ~~my sons~~ Judge Russell I would have Gave up on life May 21, 2026 when I saw I was going to Jail because somebody felt like sending me there. I Gave to much of my self to ~~this~~ place already.

I didn't have anything to do with causing any type of harm to Brittany Thomas, you can't imagine the feeling im going threw right now your Honor. Again I admit Im not Perfect nor have I been anything close to it while On Probation — outside of you Ms. Galloway Is the One Person can Jgde me and is the one Person I Feel I owe a apilogy. Mentally I have been a roller coaster and she has done more than enough to help and try to be there For me. And yes I may have made it more difficult then it had to be but I made it Your Honor; For the last three months I have been in the Best condition I been in Since coming home 2021. My relationship with my sons is at a place I couldn't even see a year ago I in fact had them with me the day of my arrest. I have been working under the table for the last 5 weeks. And I have had a Job at H'S Bakery I was suppose to started June. I have been nothing but Focused, To be sitting in Jail over lies!