**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  1:15-cr-00622-GLR** |
| | : | |
| **Adrian McFadden** | : | |
| | : | |
| **Defendant** | : | |

## MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT

Adrian McFadden, through counsel, respectfully requests leave to file Exhibit A – Audio of Mr. McFadden's Detention Hearing on June 26, 2026, as a physical exhibit. A copy of this physical exhibit will be provided to the Court and the Government.

Respectfully submitted,

James Wyda
Federal Public Defender
  for the District of Maryland

___/s/_____
Gabriel Reyes
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:  (410) 962-0872
Email: Gabriel_Reyes@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a copy of the foregoing was served via email to the Government.

_____/s/_____
Gabriel Reyes