## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. 1:15-cr-00622-GLR |
| ADRIAN MCFADDEN, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## PROPOSED ORDER

Upon consideration of the government's motion for review of release order and motion to

continue to stay release pending review

It is this day of July, 2026, ORDERED THAT:

1.    The motion to extend the stay is ~~GRANTED~~ *Denied*;

2. .   The ~~motion~~ *Order* setting conditions of release in the above-captioned matter is hereby

*Affirmed. Defendant shall be released on conditions imposed in* ~~STAYED pending further order of this Court and disposition of the government's motion for~~ *ECF 121.*

review of the order.

_____          7/8/2026
The Honorable George L. Russell, III          Date
Chief United States District Judge