# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Case No. 1:15-cr-00622-GLR |
| Adrian McFadden | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

Before the Court is Adrian McFadden's Motion for a Continuance. The Court finds good cause to grant the request.

**IT IS HEREBY ORDERED**,

1. Adrian McFadden's Motion for a Continuance is **GRANTED**.

2. The violation of supervised release hearing is rescheduled to Monday, August 3, 2026, at 10am.

_____
Hon. Chief Judge George L. Russell, III

Date: 7/10/2026