**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **CRIMINAL NO. 1:15-cr-00622-GLR** |
| **ADRIAN MCFADDEN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\***

## MOTION FOR REVOCATION OF RELEASE
## UNDER 18 U.S.C. § 3148(b)

The United States of America, by and through its undersigned counsel, hereby moves pursuant to 18 U.S.C. § 3148(b) for a warrant for the arrest of defendant Adrian McFadden, revocation of his release on court-imposed conditions, and detention based on his violations of Judge Douglas Miller's release order. At bottom this should prompt a detention hearing in light of the new information regarding absconding.

This motion is based on the Probation Office's Notice of Apparent Violation and Request for Warrant, which the undersigned understands is not on the public docket for the above-captioned case. Specifically, the Probation Officer's Notice provides:

> Within two days of meeting with this officer, Mr. McFadden threatened the safety and welfare of the other patients and staff by introducing contraband into the facility. Once confronted, he left against medical advice.
>
> Mr. McFadden has failed to contact this officer since leaving the program. His current whereabouts are unknown. This officer reached out to Mr. McFadden's mother, who stated she was not aware of him leaving the program and had not heard from her son. This officer also reached out to Mr. McFadden's girlfriend, who was his alternative release plan, and was advised that she was not aware of him leaving the program and had not heard from him either.

*See* Kathleen Galloway, U.S. Probation, Notice of Apparent Violation and Request for Warrant, 15-CR-622-GLR (July 14, 2026). The information contained in the Notice shows that McFadden

has violated the condition that he "remain at" the assigned mental health facility "unless authorized in advance by US Probation or if attending Court." ECF 121 at 2. This Court, therefore, "may issue a warrant for the arrest of a person charged with violating a condition of release [(here, McFadden)], and the person shall be brought before a judicial officer in the district in which such person's arrest was ordered for a proceeding in accordance with this section." 18 U.S.C. 3148(b).

The government agrees that a bench warrant is appropriate so that once McFadden is found, he can be brought before the Court to address his violations. For these reasons, the government respectfully requests that the Court issue a warrant for McFadden's arrest, revoke his release, and detain him pending sentencing.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:        */s/*
Gregory B. Conner
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201