AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

USDC-BALTIMORE
'26 JUL 15 AM11:58

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

2026 APR - 1  P 12: 53

United States of America

v.

Adrian McFadden
*Defendant*

)
)
)
)
)
)

Case No.  15-cr-00622-GLR

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Adrian McFadden                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition    ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date:  ____April 1, 2026____

Address:  101 W. Lombard Street
           Baltimore, Md. 21201

_____
By: K. Kropkowski, Deputy Clerk

Catherine M. Stavlas, Clerk
*Name and Title of Issuing Officer*

| Return | |
|---|---|
| This warrant was received on *(date)* **04/01/26** , and the person was arrested on *(date)* **06/24/26** at *(city and state)* ___Baltimore, MD___ . | |
| Date: **06/24/26** |  Arresting officer's signature |
| | DUSM Brooke Mulolgan Printed name and title |

HD

Rcv'd by: ___AR___