## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| **v.** | \* | |
| | \* | **Crim No. GLR-15-0622** |
| **ADRIAN MCFADDEN,** | \* | |
| | \* | |
| **Defendant.** | \* | |
| | \* | |

\*\*\*\*\*\*\*

## ORDER

The Court having considered the Government's Motion for Revocation of Release Under 18 U.S.C. § 3148(b), ECF No. 127, it is hereby ORDERED:

1. The Government's request for immediate issuance of an arrest warrant is GRANTED;

2. An arrest warrant shall issue for the Defendant;

3. Upon the Defendant's arrest, the parties shall schedule and appear for a prompt hearing to determine whether the Defendant's release conditions should be revoked pursuant to 18 U.S.C. § 3148(b).

Date: July 15, 2026

_____/s/_____
Douglas R. Miller
United States Magistrate Judge